BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL STEPHEN MOYNIHAN,<br><br>　　　　Defendant. | CASE NO.  2:11-mj-00170 KJN<br><br>**STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING FROM JULY 11, 2012, UNTIL JULY 12, 2012** |

### STIPULATION

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

　　1.　By previous order, this matter was set for a preliminary hearing at the time of the defendant initial appearance on June 27, 2012.  The date for the preliminary hearing was July 11, 2012, at 2:00 p.m. before the Honorable Kendall J. Newman.

　　2.　By this stipulation, the parties now seek to continue the preliminary hearing until July 12, 2012, pursuant to Fed. R. Crim. P. 5.1(d).

　　3.　The parties agree and stipulate, and request that the Court find the following:

　　　　a.　Good cause exists for the continuance.  The United States is attempting to convene a Grand Jury to appear on July 5, 2012, in order to comply with the current schedule.  However, this

1 matter is the only matter for that Grand Jury to consider. The parties agree that convening a panel for a
2 single matter may greatly inconvenience many members of the Grand Jury given the July 4th holiday.

3       b.      In this particular case, the public interest in the prompt disposition of criminal cases is
4 outweighed by the need for a continuance. The length of the continuance is a single day, and the parties
5 anticipate that the criminal case will resolve quickly.

6       IT IS SO STIPULATED.

7 Dated: July 3, 2012                              Respectfully Submitted,

8                                                 BENJAMIN B. WAGNER
                                                United States Attorney
9

10                                 By:

11                                     */s/ Kyle Reardon*
                                    KYLE REARDON
12                                     Assistant U.S. Attorney

13

14 Dated: July 3, 2012                              */s/ Kyle Reardon* for
                                    MICHAEL PETRICK
15                                     Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL STEPHEN MOYNIHAN,<br><br>        Defendant. | CASE NO. 2:11-mj-00170 KJN<br><br>**ORDER CONTINUING PRELIMINARY HEARING FROM JULY 11, 2012, UNTIL JULY 12, 2012** |

The parties' stipulation is approved and so ordered. Good cause – taking into account the defendant's consent and the public's interest in the prompt disposition of criminal cases – exist for the one-day continuance requested in this case. The preliminary hearing currently set for July 11, 2012, at 2:00 p.m. is continued to July 12, 2012, at 2:00 p.m.

**Date: 7/10/2012**

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE